925 F.2d 419
 Peterkin (Otis H.), Albrecht (Alfred F.), Truesdale (Mack),
Maxwell (Frederick), Harris (Richard), Lesko (John), Floyd
(Clavin), Morris (James), Logan (Ronald), Crenshaw (Robert),
Lee (Charles), Colson (Martin), Yarris (Nicholas), Cross
(Charles), Smith (Donald)
v.
Thornburgh (Dick), Zimmerman (Leroy), Jeffes (Glen), Marks
(Ronald), Cuyler (Julius), Zimmerman (Charles),
Petsock (George)
 NO. 90-1715
 United States Court of Appeals,
Third Circuit.
 JAN 28, 1991
 
 Appeal From: E.D.Pa.,
 McGlynn, J.
 
 
 1
 AFFIRMED.